THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 John Franklin Canty, Appellant.
 
 
 

Appeal From Richland County
 James W. Johnson, Jr., Circuit Court Judge

Unpublished Opinion No. 2009-UP-214
Submitted April 4, 2009  Filed May 20, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, 
 Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: John
 Franklin Canty appeals his conviction and sentence for armed robbery.  He
 argues the trial judge erred in refusing to suppress evidence of an
 out-of-court identification.  After a thorough review
 of the record and counsels brief, pursuant to Anders v. California, 386
 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN,
C.J., PIEPER and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.